UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 1:CV-07-2066 |
| | ) | |
| v. | ) | |
| | ) | (Judge Conner) |
| $306,042.00 in United States Currency, $179,650.00 in United States Currency, and $391,500.00 in United States Currency, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | (Electronically filed) |

## ORDER

The Court finds that good cause appears for the stay requested by the government pursuant to 18 U.S.C. § 981(g). The instant civil forfeiture proceeding is stayed pending the resolution of the related criminal investigation and any criminal prosecution of the involved parties.

SO ORDERED this 27th day of November, 2007.

_____
CHRISTOPHER C. CONNER
JUDGE