# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CIVIL ACTION NO. 1:07-CV-2066** |
| **Plaintiff** : | |
| v. : | **(Judge Conner)** |
| : | |
| $306,042.00 in United States Currency, : | |
| $179,650.00 in United States Currency, : | |
| and $391,500.00 in United States : | |
| Currency, : | |
| **Defendants** : | |

## FINAL ORDER OF FORFEITURE

Upon all the proceedings had heretofore and upon the Motion of the United States of America, the Court makes the following findings of fact:

1. A Verified Complaint for Forfeiture was filed on November 13, 2007. The Complaint alleged that the defendant property involved in a transaction or an attempted transaction in violation of sections 1956, 1957 and 1960 of Title 18, United States Code, or property traceable to such property and is therefore subject to forfeiture to the United States pursuant to 18 U.S.C. § 981.

2. Pursuant to a Warrant of Arrest of property issued by this Court on November 13, 2007, all persons interested in the defendant currency were required to file their claims with the Clerk of the Court within thirty (30) days of service of the Complaint, publication of the Legal Notice or actual notice of this action, whichever occurred first. It appears that process was fully issued in this action and returned according to law.

3. Notice of said forfeiture action was published on the government internet site (www.forfeiture.gov) for thirty consecutive days starting on September 26, 2008.

4. Proper service was accomplished on all interested parties.

5. On November 13, 2007, the United States filed a Motion to Stay the Civil Proceedings while the criminal investigation was completed and the parties tried to reach a resolution in the case.

6. On September 19, 2008, a settlement agreement was reached between the United States of America and Claimant Andrew Stiekman. All claims have now either been resolved or withdrawn.

NOW, THEREFORE, upon motion of the United States of America, for Final Order of Forfeiture, it is hereby ORDERED, ADJUDGED AND DECREED that:

1) the defendant currency in the amount of $677,292.00 is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law;

2) the United States Marshals Service is directed to return the remaining currency in the amount of $199,900.00 to Claimant, Andrew Stiekman;

3) no right, title or interest in the property shall exist in any other party;

4) the United States is entitled to its costs herein;

5) the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

6) the Clerk is hereby directed to send attested copies of this Order to all counsel of record.

Dated this 27th day of January, 2009.

  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge